IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KATRINA TEAGUE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:18cv583-WKW-GMB |
| | ) | [wo] |
| BEAUTY & MORE, INC. and | ) | |
| BEAUTY & BEYOND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause is before the court on the Plaintiff's Motion to File Second Amended Complaint. Doc. 21. On November 28, 2018, the court entered an Order (Doc. 22) giving the defendants until December 7, 2018 to show cause why the motion to amend ought not be granted. Although the defendants timely filed a reply in support of their own motion to dismiss, which has been addressed in a Report and Recommendation, no response has been filed to the motion to amend. The defendants apparently conceding that the motion is due to be granted, it is hereby ORDERED that the Motion (Doc. 21) is GRANTED and the Plaintiff has until **January 17, 2019** to file the Amended Complaint (Doc. 21-1) attached to her motion.

DONE this 10th day of January, 2019.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE